UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUONG THI NGOC NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A,<br>SYNCHRONY BANK, a Delaware<br>Corporation, EQUIFAX INFORMATION<br>SERVICES LLC, a Georgia Limited Liability<br>Company, EXPERIAN INFORMATION<br>SOLUTIONS, INC., an Ohio Corporation, and<br>TRANS UNION LLC, a Delaware Limited<br>Liability Company,<br><br>Defendants. | CASE NO. 2:25-cv-01117-RSM<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE AS TO<br>DEFENDANT EQUIFAX<br>INFORMATION SERVICES LLC** |

Plaintiff PHUONG THI NGOC NGUYEN ("Plaintiff"), by counsel, and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 6th day of February, 2026.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO EQUIFAX

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

S//Andrew R. Escobar
Andrew R. Escobar, WSBA No. 42793
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Equifax Information Services LLC*

IT IS ORDERED that all claims asserted herein against Equifax Information Services LLC ("Equifax") are DISMISSED with prejudice and without costs to any party. In the event that settlement is not perfected, either Plaintiff or Equifax may move to reopen the case within 60 days of the date of this order.

Dated this 6th day of February, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO EQUIFAX