**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| PHUONG THI NGOC NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A,<br>SYNCHRONY BANK, a Delaware<br>Corporation, EQUIFAX INFORMATION<br>SERVICES LLC, a Georgia Limited Liability<br>Company, EXPERIAN INFORMATION<br>SOLUTIONS, INC., an Ohio Corporation, and<br>TRANS UNION LLC, a Delaware Limited<br>Liability Company,<br><br>Defendants. | CASE NO. 2:25-cv-01117-RSM<br><br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE AS TO**<br>**DEFENDANT SYNCHRONY BANK** |

Plaintiff PHUONG THI NGOC NGUYEN ("Plaintiff"), by counsel, and Defendant SYNCHRONY BANK ("Synchrony") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Synchrony only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 12th day of February, 2026.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO SYNCHRONY BANK
2:25-cv-01117-RSM

<u>S//SaraEllen Hutchison</u>
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:    206-529-5195
Email:    saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

<u>S//Ofunne N Edoziem</u>
OFUNNE N. EDOZIEM (WSBA #54248)
REED SMITH LLP (NY)
599 LEXINGTON AVE
22ND FLOOR
NEW YORK, NY 10022
212-521-5400
Fax: 212-521-5450
Email: oedoziem@reedsmith.com

*Counsel for SYNCHRONY BANK*

IT IS ORDERED that all claims asserted herein against SYNCHRONY BANK ("Synchrony") are DISMISSED with prejudice and without costs to any party. In the event that settlement is not perfected, either Plaintiff or Synchrony may move to reopen the case within 60 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED as to Synchrony only.

Dated this 12th day of February, 2026.

The Hon. Ricardo S. Martinez
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO SYNCHRONY BANK
2:25-cv-01117-RSM