**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PHUONG THI NGOC NGUYEN, | CASE NO. 2:25-cv-01117-RSM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| JPMORGAN CHASE BANK, N.A, et al, | |
| Defendants. | |

Plaintiff PHUONG THI NGOC NGUYEN ("Plaintiff"), by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 1st day of April, 2026.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:    206-529-5195

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO EXPERIAN
2:25-cv-01117-RSM

Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

<u>S//Sara Jane Wadsworth</u>
Sara Jane Wadsworth (WSBA #55952)
STOEL RIVES LLP (WA)
600 UNIVERSITY ST
STE 3600
SEATTLE, WA 98101-3197
206-624-0900
Email: sara.wadsworth@stoel.com

*Counsel for EXPERIAN*

IT IS ORDERED that all claims asserted herein against EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") are DISMISSED with prejudice and without costs to any party.

Dated this 1st day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO EXPERIAN
2:25-cv-01117-RSM