UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUONG THI NGOC NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A, et al,<br><br>Defendants. | CASE NO. 2:25-cv-01117-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC |

Plaintiff PHUONG THI NGOC NGUYEN ("Plaintiff"), by counsel, and Defendant TRANS UNION LLC ("Trans Union") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 5th day of May, 2026.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO TRANS UNION

S//Scott E. Brady
Scott E. Brady (Admitted *Pro Hac Vice*)
QUILLING SELANDER LOWNDS WINSLETT MOSER
10333 N MERIDIAN ST
STE 200
INDIANAPOLIS, IN 46290
317-497-5600
Email: sbrady@qslwm.com

S//Nicholas R. Ranallo
Nicholas R. Ranallo (WSBA #51439)
NICHOLAS RANALLO ATTORNEY AT LAW
5058 57TH AVE S
SEATTLE, WA 98118
831-607-9229
Fax: 831-533-5073
Email: nick@ranallolawoffice.com

*Counsel for Trans Union LLC*

IT IS ORDERED that all claims asserted herein against TRANS UNION LLC ("Trans Union") are DISMISSED with prejudice and without costs to any party.

DATED this 5th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO TRANS UNION