UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHUONG THI NGOC NGUYEN,

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A, et al,

Defendants.

CASE NO. 2:25-cv-01117-RSM

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

Plaintiff PHUONG THI NGOC NGUYEN ("Plaintiff"), by counsel, and sole remaining

Defendant JPMORGAN CHASE BANK, N.A ("Chase") by counsel, hereby stipulate and agree

that all matters herein between them have been compromised and settled, and that this case should

be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 7th day of July, 2026.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:    206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

S//Katie D. Bass
Katie D. Bass (WSBA No. 51369)
Ballard Spahr LLP
1301 Second Avenue Suite 2800
Seattle, WA 98101
Email: bassk@ballardspahr.com
Phone: (206) 223-7000

*Counsel for JPMORGAN CHASE BANK, N.A*

IT IS ORDERED that all claims asserted herein against JPMORGAN CHASE BANK, N.A ("Chase") are DISMISSED with prejudice and without costs to any party. The Clerk of Court is directed to close this case.

Dated this 7th day of July, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE